■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL CATALANO, by JOSEPH PANZER, Appellant, v DISTRICT ATTORNEY OF BRONX COUNTY et al., Respondents. — Order and judgment (one paper), Supreme Court, Bronx County, entered on October 9, 1980, unanimously affirmed, without costs and without disbursements. The stay granted by the aforesaid order and judgment is vacated. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Birns, J. P., Sullivan, Markewich, Bloom and Fein, JJ.

■ In the Matter of CHARLES E. HOPFL, an Attorney. — Order disbarring respondent vacated and respondent suspended as an attorney and counselor at law in the State of New York effective as of May 4, 1978 for a period ending May 14, 1981, and a reference directed with respect to the matter of respondent's reinstatement. Concur — Birns, J. P., Sullivan, Ross, Markewich and Fein, JJ.

## (May 19, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMOND DELLA-CROCE, Appellant. — Judgment, Supreme Court, New York County, rendered on October 7, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Birns, Sandler, Ross and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS PALMIERI, Appellant. — Judgment, Supreme Court, New York County, rendered on October 9, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Birns, Sandler, Ross and Lynch, JJ.